

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-22-00077-CV

**IN THE INTEREST OF V.M.M.,** a child,
Appellant

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021EM504017
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

The reporter's record in this case was due on April 8, 2022. On February 15, 2022, the trial court judge filed a trial court recording. The record did not contain the logs as required by Texas Rule of Appellate Procedure 13.2. *See* TEX. R. APP. P. 13.2(b) (requiring court recorder to "make a detailed, legible log of all proceedings being recorded"). We ORDER the court coordinator to file a response on the status of the logs **within ten (10) days** of the date of this order.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court